**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RO'S PRECISE PAINTING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CNA SURETY CORPORATION, DICK ) <br> CORPORATION/MATT CONSTRUCTION, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 1:06-cv-1744 OWW WMW <br><br> ORDER AFTER SCHEDULING CONFERENCE <br><br> Further Scheduling Conference Date: 5/4/07 <br> 8:45 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

April 5, 2007.

**II.  Appearances Of Counsel.**

Dowling Aaron and Keeler by David Schneider, Esq., appeared on behalf of Plaintiff.

There was no appearance for any Defendant.

**III. Status of Case.**

1.   Plaintiff's counsel advises that Defendants have only recently been served.  The Court advised Mr. Schneider concerning the stay presently in effect to permit other parties engaged in litigation over courthouse construction claims of a pending arbitration and/or mediation.

1

2.     This Scheduling Conference is continued to May 4, 2007, at 8:45 a.m.

3.     The parties shall file a Joint Scheduling Report required by the Local Rules.

IT IS SO ORDERED.

**Dated:   April 10, 2007**                    **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE