David J. Weiland          #160447
David D. Schneider        #211498
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590

Attorneys for Use-Plaintiff RO'S PRECISE PAINTING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of RO'S PRECISE PAINTING, INC., <br><br>     Plaintiffs,<br><br>vs.<br><br>CNA SURETY CORPORATION, an Illinois corporation; DICK CORPORATION/MATT CONSTRUCTION, a Joint Venture.<br><br>     Defendants. | Case No. 1:06-CV-01744-OWW-SMS<br><br>**AMENDED STIPULATION OF DISMISSAL AND ORDER THEREON** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION OF DISMISSAL AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). IT IS FURTHER STIPULATED that the parties shall bear their respective attorney's fees and costs.

Dated:   November 6, 2009.        DOWLING, AARON & KEELER, INC.


By: /s/David J. Weiland
   DAVID J. WEILAND
   DAVID D. SCHNEIDER
   Attorneys for Use-Plaintiff RO'S PRECISE PAINTING, INC.


Dated:   November 25, 2009.       K & L GATES


By: /s/ Hector H. Espinosa
   HECTOR H. ESPINOSA
   Attorneys for Defendant DICK CORPORATION/MATT CONSTRUCTION and CNA SURETY CORPORATION


IT IS SO ORDERED.

Dated:   December 17, 2009.       /s/ OLIVER W. WANGER
                                  OLIVER W. WANGER
                                  U.S. DISTRICT JUDGE


09363-008\00403527.DOC.

2
STIPULATION OF DISMISSAL AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com